

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-4-2009

# Mark Hohider v. UPS

Precedential or Non-Precedential: Precedential

Docket No. 07-4588

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Mark Hohider v. UPS" (2009). *2009 Decisions.* Paper 755.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/755

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 07-4588

———————

MARK HOHIDER; ROBERT DiPAOLO,
On Behalf of Themselves
and All Others Similarly Situated

v.

UNITED PARCEL SERVICE, INC.; DOES 1-100

PRESTON EUGENE BRANUM,
On Behalf of Himself and All
Others Similarly Situated

v.

UNITED PARCEL SERVICE, INC.; DOES 1-100

(Consolidated D.C. No. 04-cv-0363)

UNITED PARCEL SERVICE, INC.,
                                    Appellant

———————

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. Civil Action No. 04-cv-0363
(Honorable Joy Flowers Conti)

———————

ORDER AMENDING OPINION

———————

It appearing that the Clerk made a typographical error in the identification of

*Amicus Curiae* AARP in the listing of counsel, the precedential opinion filed on July 23,

2009 is hereby amended to correct that typographical error.  AARP, not American

Association of Retired Persons, is the correct designation.  This amendment does not

change the date of filing, July 23, 2009.

For the Court,
/s/ Marcia M. Waldron
Clerk

Dated: August 4, 2009
smw/cc:     Christian C. Bagin, Esq.
            Geoffrey M. Johnson, Esq.
            Judith Scolnick, Esq.
            David R. Scott, Esq.
            Rachel S. Brass, Esq.
            Perry A. Napolitano, Esq.
            Mark A. Perry, Esq.
            Eugene Scalia, Esq.
            Rae T. Vann, Esq.
            Michael D. Lieder, Esq.
            Robin E. Shea, Esq.
            John H. Beisner, Esq.
            Brad Seligman, Esq.